UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM COWAN, #229059, ) | |
| Plaintiff, ) | |
| ) | No. 2:17-cv-37 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| UNKNOWN MILLER and JEFFREY WOODS, ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 14, 2018 　　　　　　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　 Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　 United States District Judge